**FILED**

SEP 11 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUDGE CHANG

| UNITED STATES OF AMERICA | No. 19 CR 486 **MAGISTRATE JUDGE KIM** |
|---|---|
| v. | Violation: Title 18, United States Code, Section 115(a)(1)(B) |
| ROBERT ANTHONY HAAS | **Superseding Indictment** |

## COUNT ONE

The SPECIAL JANUARY 2019 GRAND JURY charges:

On or about May 8, 2019, at Ottawa, in the Northern District of Illinois, Eastern Division, and elsewhere,

ROBERT ANTHONY HAAS,

defendant herein, did threaten to assault and murder a Federal law enforcement officer, with intent to impede, intimidate, and interfere with such law enforcement officer while engaged in the performance of official duties, and with intent to retaliate against such law enforcement officer on account of the performance of official duties; to wit, in that HAAS threatened to assault and kill an employee of the U.S. Federal Bureau of Investigation; namely, that HAAS stated, in effect:

> Take off the gun and badge like you said you would pussy.
> Come meet true evil. I got something for you terrorists.

In violation of Title 18, United States Code, Section 115(a)(1)(B).

## COUNT TWO

The SPECIAL JANUARY 2019 GRAND JURY further charges:

On or about May 9, 2019, at approximately 10:37 a.m., at Ottawa, in the Northern District of Illinois, Eastern Division, and elsewhere,

### ROBERT ANTHONY HAAS,

defendant herein, did threaten to assault and murder a Federal law enforcement officer, with intent to impede, intimidate, and interfere with such law enforcement officer while engaged in the performance of official duties, and with intent to retaliate against such law enforcement officer on account of the performance of official duties; to wit, in that HAAS threatened to assault and kill an employee of the U.S. Federal Bureau of Investigation; namely, that HAAS stated, in effect:

> I thought you wanted to chat you monkey jew. You coward old man. You know I get what I want and I think you deserve death.

In violation of Title 18, United States Code, Section 115(a)(1)(B).

## COUNT THREE

The SPECIAL JANUARY 2019 GRAND JURY further charges:

On or about May 9, 2019, at approximately 11:04 a.m., in Ottawa, in the Northern District of Illinois, Eastern Division, and elsewhere,

### ROBERT ANTHONY HAAS,

defendant herein, did threaten to assault and murder a Federal law enforcement officer, with intent to impede, intimidate, and interfere with such law enforcement officer while engaged in the performance of official duties, and with intent to retaliate against such law enforcement officer on account of the performance of official duties; to wit, in that HAAS threatened to assault and kill an employee of the U.S. Federal Bureau of Investigation; namely, that HAAS stated, in effect:

> I'm not afraid to walk out my door in the morning. You should be however considering you support Jewish terrorism and your anti-American bullshit is going to get you killed.

In violation of Title 18, United States Code, Section 115(a)(1)(B).

## COUNT FOUR

The SPECIAL JANUARY 2019 GRAND JURY further charges:

On or about May 11, 2019, at Ottawa, in the Northern District of Illinois, Eastern Division, and elsewhere,

### ROBERT ANTHONY HAAS,

defendant herein, did threaten to assault and murder a Federal law enforcement officer, with intent to impede, intimidate, and interfere with such law enforcement officer while engaged in the performance of official duties, and with intent to retaliate against such law enforcement officer on account of the performance of official duties; to wit, in that HAAS threatened to assault and kill an employee of the U.S. Federal Bureau of Investigation; namely, that HAAS stated, in effect:

> Why is your phone off you baby dick-sucking kike. What if an American is in danger and needs your help. Fucking loser Jew-lovin piece of shit. You are guilty of fucking treason and you need a bullet in your fucking head for it. Telling me you support Israel. Motherfucker. You support Americans bitch you better watch your fucking mouth boy.

In violation of Title 18, United States Code, Section 115(a)(1)(B).

## COUNT FIVE

The SPECIAL JANUARY 2019 GRAND JURY further charges:

On or about June 11, 2019, at Ottawa, in the Northern District of Illinois, Eastern Division, and elsewhere,

### ROBERT ANTHONY HAAS,

defendant herein, did threaten to assault and murder a Federal law enforcement officer, with intent to impede, intimidate, and interfere with such law enforcement officer while engaged in the performance of official duties, and with intent to retaliate against such law enforcement officer on account of the performance of official duties; to wit, in that HAAS threatened to assault or kill an employee of the U.S. Federal Bureau of Investigation; namely, that HAAS stated, in effect:

a. He needs to die. Am I wrong? This is pro-terrorist right here what this guy's doing. That's a fact. A jury of my peers will say kill this motherfucker. I know it. He needs a fucking 12-gauge to his fucking throat and pull the trigger and pop his head off his fucking shoulders. And it's gonna happen.

b. I don't think this guy can protect himself from me.

c. I think I'm going to spend every waking moment of my life making sure that this [Federal Official C] gets fucking killed. By an American citizen.

d. I don't like terrorists in my country. It is my constitutional duty to kill them.

e. When I look at that Joe's smiling little smug little face, I see one of those Israelis planting explosives in the World Trade Center, that's what I see. Terrorist. He's a rat. I think rats need to be put in dog crates and drowned.

    f.    I don't care if it's ten years from now. I'm going to get this fucking faggot. Terrorist motherfucker.

In violation of Title 18, United States Code, Section 115(a)(1)(B).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY