

FILED

JUN 1 0 2020

**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 19 CR 486 |
| v. | Violations: Title 18, United States Code, Sections 115(a)(1)(B), 875(c) |
| ROBERT ANTHONY HAAS | |

**<u>Second Superseding Indictment</u>**

JUDGE CHANG

MAGISTRATE JUDGE KIM

**<u>COUNT ONE</u>**

The SPECIAL JANUARY 2019 GRAND JURY charges:

On or about May 8, 2019, at Ottawa, in the Northern District of Illinois, Eastern Division, and elsewhere,

ROBERT ANTHONY HAAS,

defendant herein, did threaten to assault and murder a Federal law enforcement officer, with intent to impede, intimidate, and interfere with such law enforcement officer while engaged in the performance of official duties, and with intent to retaliate against such law enforcement officer on account of the performance of official duties; to wit, in that HAAS threatened to assault and kill an employee of the U.S. Federal Bureau of Investigation; namely, that HAAS stated, in effect:

> Take off the gun and badge like you said you would pussy.
> Come meet true evil.  I got something for you terrorists.

In violation of Title 18, United States Code, Section 115(a)(1)(B).

## COUNT TWO

The SPECIAL JANUARY 2019 GRAND JURY further charges:

On or about May 9, 2019, at Ottawa, in the Northern District of Illinois, Eastern Division, and elsewhere,

### ROBERT ANTHONY HAAS,

defendant herein, did threaten to assault and murder a Federal law enforcement officer, with intent to impede, intimidate, and interfere with such law enforcement officer while engaged in the performance of official duties, and with intent to retaliate against such law enforcement officer on account of the performance of official duties; to wit, in that HAAS threatened to assault and kill an employee of the U.S. Federal Bureau of Investigation; namely, that HAAS stated, in effect:

> I thought you wanted to chat you monkey jew. You coward old man. You know I get what I want and I think you deserve death.

In violation of Title 18, United States Code, Section 115(a)(1)(B).

2

## <u>COUNT THREE</u>

The SPECIAL JANUARY 2019 GRAND JURY further charges:

On or about May 9, 2019, at Ottawa, in the Northern District of Illinois, Eastern Division, and elsewhere,

### ROBERT ANTHONY HAAS,

defendant herein, did threaten to assault and murder a Federal law enforcement officer, with intent to impede, intimidate, and interfere with such law enforcement officer while engaged in the performance of official duties, and with intent to retaliate against such law enforcement officer on account of the performance of official duties; to wit, in that HAAS threatened to assault and kill an employee of the U.S. Federal Bureau of Investigation; namely, that HAAS stated, in effect:

> I'm not afraid to walk out my door in the morning. You should be however considering you support Jewish terrorism and your anti-American bullshit is going to get you killed.

In violation of Title 18, United States Code, Section 115(a)(1)(B).

3

## COUNT FOUR

The SPECIAL JANUARY 2019 GRAND JURY further charges:

On or about May 11, 2019, at Ottawa, in the Northern District of Illinois, Eastern Division, and elsewhere,

### ROBERT ANTHONY HAAS,

defendant herein, did threaten to assault and murder a Federal law enforcement officer, with intent to impede, intimidate, and interfere with such law enforcement officer while engaged in the performance of official duties, and with intent to retaliate against such law enforcement officer on account of the performance of official duties; to wit, in that HAAS threatened to assault and kill an employee of the U.S. Federal Bureau of Investigation; namely, that HAAS stated, in effect:

> Why is your phone off you baby dick-sucking kike. What if an American is in danger and needs your help. Fucking loser Jew-lovin piece of shit. You are guilty of fucking treason and you need a bullet in your fucking head for it. Telling me you support Israel. Motherfucker. You support Americans bitch you better watch your fucking mouth boy.

In violation of Title 18, United States Code, Section 115(a)(1)(B).

4

## COUNT FIVE

The SPECIAL JANUARY 2019 GRAND JURY further charges:

On or about June 11, 2019, at Ottawa, in the Northern District of Illinois, Eastern Division, and elsewhere,

### ROBERT ANTHONY HAAS,

defendant herein, did threaten to assault and murder a Federal law enforcement officer, with intent to impede, intimidate, and interfere with such law enforcement officer while engaged in the performance of official duties, and with intent to retaliate against such law enforcement officer on account of the performance of official duties; to wit, in that HAAS threatened to assault or kill an employee of the U.S. Federal Bureau of Investigation; namely, that HAAS stated, in effect:

a. He needs to die. Am I wrong? This is pro-terrorism right here what this guy's doing. That's a fact. A jury of my peers they'll say kill this motherfucker. I know it. He needs a fucking 12-gauge to his fucking throat and pull the trigger and pop his head off his fucking shoulders. And it's gonna happen.

b. I don't think this guy can protect himself from me, really.

c. I think I'm going to spend every waking moment of my life making sure this Joe Kostuchowski gets fucking killed. By an American citizen.

d. I don't like terrorists in my country. It's my constitutional duty to kill them.

e. When I look at that Joe's smiling little smug little face, I see one of those Israelis planting explosives in the World Trade Center, that's what I see. Terrorist. He's a rat. I think rats need to be put in dog crates and drowned.

5

    f.      I don't care if it's ten years from now. I'm going to get this fucking faggot for this shit. Terrorist motherfucker.

In violation of Title 18, United States Code, Section 115(a)(1)(B).

## COUNT SIX

The SPECIAL JANUARY 2019 GRAND JURY further charges:

On or about December 29, 2018, at Ottawa, in the Northern District of Illinois, Eastern Division, and elsewhere,

### ROBERT ANTHONY HAAS,

defendant herein, knowingly transmitted in interstate commerce a communication containing a threat to injure the person of another; namely, that HAAS stated, in effect:

> I don't care if it's a cop, prosecutor, judge, politician or elite.
> You try to stop me from telling the truth I will cut every
> throat in your home. Try me!

with the purpose of issuing a true threat and knowing that the communication would be understood as a true threat;

In violation of Title 18, United States Code, Section 875(c).

7

## COUNT SEVEN

The SPECIAL JANUARY 2019 GRAND JURY further charges:

On or about January 29, 2019, at Ottawa, in the Northern District of Illinois, Eastern Division, and elsewhere,

ROBERT ANTHONY HAAS,

defendant herein, knowingly transmitted in interstate commerce a communication containing a threat to injure the person of another; namely, that HAAS stated, in effect:

> The next fed that plays billy bad ass I will slither up behind like a fucking snake and cut to the spine through the adams apple. They all sleep somewhere.  With future terrorists!!!

with the purpose of issuing a true threat and knowing that the communication would be understood as a true threat;

In violation of Title 18, United States Code, Section 875(c).

8

## COUNT EIGHT

The SPECIAL JANUARY 2019 GRAND JURY further charges:

On or about February 12, 2019, at Ottawa, in the Northern District of Illinois, Eastern Division, and elsewhere,

### ROBERT ANTHONY HAAS,

defendant herein, knowingly transmitted in interstate commerce a communication containing a threat to injure the person of another; namely, that HAAS stated, in effect:

> These faggot #feds thought they could push me to stop telling the facts. They didn't know I think they're a joke. Bitches. I push death son. Not intimidation. I won't make threats I'll just come kill you who represent Jews and try to obstruct my 1st amendment rights!

with the purpose of issuing a true threat and knowing that the communication would be understood as a true threat;

In violation of Title 18, United States Code, Section 875(c).

9

## COUNT NINE

The SPECIAL JANUARY 2019 GRAND JURY further charges:

On or about February 13, 2019, at Ottawa, in the Northern District of Illinois,

Eastern Division, and elsewhere,

### ROBERT ANTHONY HAAS,

defendant herein, knowingly transmitted in interstate commerce a communication

containing a threat to injure the person of another; namely, that HAAS stated, in

effect:

> If I am prosecuted for telling the truth I'm killing EVERYONE
> involved.  Down to the bitch Jews crying pressing charges.  Jews
> will pay for their crimes against humanity in my lifetime.  Bet
> your ass bitches.  I'm coming to get ya!

with the purpose of issuing a true threat and knowing that the communication would

be understood as a true threat;

In violation of Title 18, United States Code, Section 875(c).

## COUNT TEN

The SPECIAL JANUARY 2019 GRAND JURY further charges:

On or about February 14, 2019, at Ottawa, in the Northern District of Illinois, Eastern Division, and elsewhere,

### ROBERT ANTHONY HAAS,

defendant herein, knowingly transmitted in interstate commerce a communication containing a threat to injure the person of another; namely, that HAAS stated, in effect:

> I have decided amongst myself the next fed who comes pointing guns like jump out boys cause they wanna "chat" I WILL BUTCHER THEIR FAMILIES!

with the purpose of issuing a true threat and knowing that the communication would be understood as a true threat;

In violation of Title 18, United States Code, Section 875(c).

11

## COUNT ELEVEN

The SPECIAL JANUARY 2019 GRAND JURY further charges:

On or about February 14, 2019, at Ottawa, in the Northern District of Illinois,
Eastern Division, and elsewhere,

### ROBERT ANTHONY HAAS,

defendant herein, knowingly transmitted in interstate commerce a communication
containing a threat to injure the person of another; namely, that HAAS stated, in
effect:

> The day I run up on a maggot fed there won't be no hands up it'll
> be head popped open off it's shoulders before it blinks!

with the purpose of issuing a true threat and knowing that the communication would
be understood as a true threat;

In violation of Title 18, United States Code, Section 875(c).

12

## COUNT TWELVE

The SPECIAL JANUARY 2019 GRAND JURY further charges:

On or about February 23, 2019, at Ottawa, in the Northern District of Illinois, Eastern Division, and elsewhere,

ROBERT ANTHONY HAAS,

defendant herein, knowingly transmitted in interstate commerce a communication containing a threat to injure the person of another; namely, that HAAS stated, in effect:

> These faggot Jews are burnt up when it comes to silencing me. Anyone who tries I'll kill it's family WHILE extracting who sent em! Defend terrorist kikes and die maggots. Try me. I'm gonna get you pieces of dog shit Jews.

with the purpose of issuing a true threat and knowing that the communication would be understood as a true threat;

In violation of Title 18, United States Code, Section 875(c).

13

## COUNT THIRTEEN

The SPECIAL JANUARY 2019 GRAND JURY further charges:

On or about April 7, 2019, at Ottawa, in the Northern District of Illinois, Eastern Division, and elsewhere,

ROBERT ANTHONY HAAS,

defendant herein, knowingly transmitted in interstate commerce a communication containing a threat to injure the person of another; namely, that HAAS stated, in effect:

> Lots of #Feds #FederalOfficers #StateDepartment #Aipac #JEWS will be killed when Americans see this Jewish trash plan. I'm ok with killing feds. As a matter of fact I am going to make this happen. They have met their ending here.

with the purpose of issuing a true threat and knowing that the communication would be understood as a true threat;

In violation of Title 18, United States Code, Section 875(c).


A TRUE BILL:


_____

FOREPERSON

_____

UNITED STATES ATTORNEY

14